# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

SEAN MCCORMACK, :
    Plaintiff :
                                  CIVIL ACTION NO. 3:17-0407
                         :
    v. :
                                  (JUDGE MANNION)
MARVIN LIVERGOOD, :
    Defendant :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant Livergood's motion for summary judgment, **(Doc. 22)**, with respect to Counts One and Two of the plaintiff's complaint, **(Doc. 1)**, is **GRANTED**;

**(2)** Judgment is entered in favor of defendant Livergood and against plaintiff McCormack with respect to Counts One and Two;

**(3)** The court declines to exercise supplemental jurisdiction over plaintiff's state law claims against defendant Livergood contained in Counts Five and Six of his complaint, and these claims are **DISMISSED WITHOUT PREJUDICE**; and

**(4)** The clerk of court is directed to **CLOSE** this case.

                                                     s/ *Malachy E. Mannion*
                                                   **MALACHY E. MANNION**
                                                   **United States District Judge**

**Date: November 7, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0407-01-ORDER.wpd